IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA RUSS,<br><br>                           Plaintiff,<br><br>      vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, KEVIN W. RUSS, an individual; and GREAT LAKES HIGHER EDUCATION CORPORATION AND AFFILIATES,<br><br>                          Defendants. | **8:17CV198**<br><br>**ORDER** |

      Before the court is the Findings and Recommendation of United States Magistrate Judge Michael D. Nelson, Filing No. 40, recommending that this court dismiss defendant Kevin W. Russ pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution.

      No objection has been filed to the Findings and Recommendation. The court has conducted a de novo review of the record and adopts the Findings and Recommendation in its entirety.

      THEREFORE, IT IS HEREBY ORDERED that:

      (1)    The Findings and Recommendation, Filing No. 40, is adopted in its entirety; and

      (2)    Defendant Kevin W. Russ is dismissed, without prejudice, for plaintiff's failure of service and want of prosecution.

      Dated this 1st day of December, 2017.

                                                                                              BY THE COURT:

                                                                                               s/ Joseph F. Bataillon<br>
                                                                                               Senior United States District Judge